*Alfred G. Reeves* and *Alexander S. Rowland* for George B. Vanderpool et al., as ancillary executors, respondents.

*Lewis G. Wallace* for Edwin A. Ely et al., respondents.

Judgment affirmed, with one bill of costs to respondents Vanderpool et al., as executors, and Ely et al., individually and as executors, against New York State Realty and Terminal Company, and without costs otherwise; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MCLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.

---

JULIUS HILLELSON, Respondent, *v.* OLD RELIABLE MOTOR TRUCK CORPORATION, Appellant.

*Contract — sale — sale of truck under contract of conditional sale — seizure and resale by vendor — when purchaser may recover payments made under contract.*

*Hillelson* v. *Old Reliable Motor Truck Corporation*, 208 App. Div. 327, affirmed.

(Argued October 13, 1924; decided November 25, 1924.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 29, 1924, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court. The plaintiff purchased a truck from the defendant under a contract of conditional sale whereby the purchase price of $2,477.50 was to be paid in certain installments. After the plaintiff had paid $1,172 on account of said purchase price, the truck was taken from his possession by a city marshal by levy under an execution issued in an action against plaintiff. The defendant recovered the truck from the marshal and sold the same after more than sixty days thereafter had expired, in violation of the provisions of the Personal Property Law (§§ 65, 66). The plaintiff thereupon brought this action to recover the payments made by him under the contract of conditional sale.

*Joseph R. Kelley* and *Joseph B. Uniacki* for appellant.

*Samuel Sculnick* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MC-. LAUGHLIN, CRANE and ANDREWS, JJ. Not sitting: LEHMAN, J.

A. KIMBALL COMPANY, Respondent, *v.* CHARLES A. FOX, Appellant.

*Vendor and purchaser — contract to sell real property free from incumbrances — when purchaser may recover payment of portion of purchase price upon discovery of building restrictions running with land.*

*Kimball Co.* v. *Fox*, 209 App. Div. 812, affirmed.

(Argued October 13, 1924; decided November 25, 1924.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department entered May 20, 1924, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term. Plaintiff and defendant entered into a contract whereby the defendant agreed to sell to the plaintiff said real estate free from all incumbrances, except a certain mortgage. On the day fixed for closing title, the plaintiff refused to accept a conveyance of the premises on the ground that defendant could only convey them subject to certain restrictions as to their use, which were not excepted in the contract of sale and thereafter brought this action to recover back the sum of $2,500 paid by it on account of the purchase price. By his counterclaim the defendant sought to enforce specific performance of the contract of sale.

*Henry M. Stevenson* for appellant.

*Abraham A. Silberberg* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MC-LAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.